```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SCOTT RATLIFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0290 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | SCHEDULE, AND ORDER THEREON |
| | ) | |
| SCOTT RATLIFF, | ) | |
| | ) | Date: January 8, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Oliver W. Wanger |
| | ) | |

**STIPULATION**

It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and responses thereto are continued as follows: Defendant's motions are to be filed on or before November 27, 2006, the government's responses, if any, are due on or before December 18, 2006.  The hearing on the motions currently scheduled for November 6, 2006, at 9:00 a.m., is continued to **January 8, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time to evaluate discovery and to prepare and present pretrial motions.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance

would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: November 2, 2006                      By:    /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: November 2, 2006                      By:    /s/ Marc C. Ament
                                                    MARC C. AMENT
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      SCOTT RATLIFF


**ORDER**

     IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F) and (h)(8). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.


IT IS SO ORDERED.

**Dated:   November 7, 2006**                **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE