DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SCOTT RATLIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0290 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING; ORDER |
| v. | ) | |
| SCOTT RATLIFF, | ) | Date: May 21, 2007 |
| Defendant. | ) | Time: 1:30 p.m. |
| | ) | Judge: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the motions hearing in the above- entitled matter now set for May 7, 2007, **may be continued to May 21, 2007, at 1:30 p.m.**

This continuance is requested by counsel for defendant to allow counsel additional time for defense preparation.

///
///
///
///
///
///
///

Stipulation to Continue Motions
Hearing; [Proposed] Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

DATED: May 3, 2007                           By:   /s/   Kimberly A. Sanchez
                                                           KIMBERLY A. SANCHEZ
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

                                                 DANIEL J. BRODERICK
                                                 Federal Defender

DATED: May 3, 2007                           By:   /s/  Marc C. Ament
                                                           MARC C. AMENT
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           SCOTT RATLIFF

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE