DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SCOTT RATLIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0290 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING; ORDER |
| v. | |
| SCOTT RATLIFF, | Date: July 30, 2007 |
| Defendant. | Time: 1:30 p.m. |
| | Judge: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the motions hearing in the above- entitled matter now set for June 25, 2007, **may be continued to July 30, 2007, at 1:30 p.m.**

This continuance is requested by counsel for defendant to allow additional time for continued effort to settle case in light of dismissal of military case earlier this month.

///
///
///
///
///
///
///

Stipulation to Continue Motions
Hearing; [Proposed] Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: June 20, 2007         By:   /s/   Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 20, 2007         By:   /s/  Marc C. Ament
                                   MARC C. AMENT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   SCOTT RATLIFF


**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 20, 2007**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE