1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SCOTT RATLIFF

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0290 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | |
| SCOTT RATLIFF, | ) | Date: September 17, 2007 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Judge: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above- entitled matter now set for August 27, 2007, **may be continued to September 17, 2007, at 1:30 p.m.**

This continuance is requested by counsel for defendant to allow additional time for investigation and continued settlement negotiations.

///
///
///
///
///
///

Stipulation to Continue Status Conference
Hearing; [Proposed] Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT  
United States Attorney

DATED: August 23, 2007                By: /s/ Kimberly A. Sanchez  
KIMBERLY A. SANCHEZ  
Assistant U.S. Attorney  
Attorney for Plaintiff

DANIEL J. BRODERICK  
Federal Defender

DATED: August 23, 2007                By: /s/ Marc C. Ament  
MARC C. AMENT  
Assistant Federal Defender  
Attorney for Defendant  
SCOTT RATLIFF

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   August 24, 2007**               /s/ Oliver W. Wanger  
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference  
Hearing; [Proposed] Order                2